AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Randy Verdun Sr<br>DOB: XXXXXX | ) Case: 1:24-mj-00177<br>) Assigned to: Judge Upadhyaya, Moxila A.<br>) Assign Date: 5/16/2024<br>) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1752(a)(1) (Entering or Remaining in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) (Disorderly or Disruptive Orderly Conduct in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building),
40 U.S.C. § 5104(e)(2)(G) (Parade, Demonstrate, or Picket in a Capitol Building).

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
*Complainant's signature*

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 05/16/2024

_____
*Judge's signature*

City and state: Washington, D.C.     Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*