## STATEMENT OF FACTS

Your affiliant, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ assigned to the ▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉. In my duties as a special agent, I investigate, among other things, criminal activity relating to domestic terrorism. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Following the events at the Capitol on January 6, 2021, the FBI received *Image 1*. This image depicted Randy Paul Verdun Sr. of Denham Springs, Louisiana – circled in yellow, whose identity is described more fully below – near the Capitol on January 6, 2021. Verdun wore a red beanie under a distinct camouflage baseball cap with an American flag bill, a black leather jacket, a black and gray Swiss Army backpack, a black shirt, and black gloves.



*Image 1*

Using this distinct attire and other identifiers gathered through open-source research and law enforcement databases, the FBI identified Verdun as an individual who entered the U.S. Capitol during the ongoing riot on January 6, 2021. Specifically, *Image 2,* an excerpt from U.S. Capitol Police surveillance cameras or "CCTV", captured Verdun enter the Capitol through the Senate Wing Doors with other rioters at approximately 2:25 p.m. EST. Rioters initially breached the Senate Wing Doors approximately 10 minutes before Verdun's arrival.


*Image 2*

Once Verdun entered the Capitol, CCTV shows that Verdun turned right and followed a flood of rioters to the Capitol Crypt. Verdun appeared in open-source footage while in the Crypt. *Image 3,* depicted below, captured Verdun in the Crypt recording his actions in the background of another rioter's video.


*Image 3*

Following his time in the Crypt, according to CCTV, Verdun returned to the Senate Wing Corridor around 2:30 p.m. *Image 4,* also an excerpt from CCTV footage, captured U.S. Capitol

police officers escorting Verdun and other rioters out of the U.S. Capitol at approximately 2:31 p.m. Verdun exited the Capitol through a broken window at 2:35 p.m.



*Image 4*

However, Verdun did not leave Capitol grounds after this initial exit. Instead, CCTV shows that at approximately 2:58 p.m., Verdun reentered the U.S. Capitol through a fire door near the Parliamentarian's office. Open-source video shows other rioters violently breaching this fire door on the Upper West Terrace at 2:42 p.m., minutes after – and adjacent to – Verdun's initial exit from the Capitol through a Senate Wing window. *Image 5*, an excerpt from CCTV footage, captured Verdun reenter the Capitol during the ongoing riot on January 6, 2021.



*Image 5*

Verdun remained in the Capitol this second time for an additional several minutes, according to CCTV. At approximately 3:00 p.m., CCTV shows officers began removing rioters from the Capitol by forcefully pushing the mob through the Brumidi Corridor – out the fire doors – to the Upper West Terrace. Verdun was one of the rioters crowded in this location as shown in *Image 6*, an excerpt from CCTV footage. Shortly thereafter, this footage shows Verdun left the Capitol.



*Image 6*

As part of the investigation, I identified Verdun's phone number from law enforcement databases as \*\*\*-\*\*\*-8765. According to lawfully obtained geofence data, a mobile device associated with the phone number \*\*\*-\*\*\*-8765 was present on Capitol grounds during the riot on January 6, 2021.

On April 16, 2024, I interviewed Verdun at his workplace. Verdun advised that he travelled from Louisiana to Washington, D.C. to attend the former president's rally. Verdun walked to the Capitol after the rally. Once he arrived, Verdun observed confrontations between rioters and officers. Nonetheless, he proceeded to enter the Capitol. Verdun positively identified himself in several images at the Capitol on January 6, 2021, including *Image 1, 2,* and *5,* above. Additionally, based on my own investigation, including reviewing Verdun's driver's license photograph, Verdun appears to be the same individuals in the images above and other video footage collected on January 6, 2021.

Based on the foregoing, your affiant submits that there is probable cause to believe that Randy Verdun violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Randy Verdun violated 40 U.S.C. § 5104(e)(2), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or

in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16TH day of May 2024.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE