AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00177 |
| Randy Verdun Sr | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 5/16/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Randy Verdun Sr__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering or Remaining in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) (Disorderly or Disruptive Orderly Conduct in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building),
40 U.S.C. § 5104(e)(2)(G) (Parade, Demonstrate, or Picket in a Capitol Building).

Date: 05/16/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 5/16/2024, and the person was arrested on (date) 5/23/2024
at (city and state) ████████, Baton Rouge, LA.

Date: 5/23/2024

*Arresting officer's signature*

Chandler Hudspeth   FBI Special Agent
*Printed name and title*